# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Northern Oil and Gas, Inc., | ) | |
| Plaintiff, | ) ) ) | **ORDER CANCELLING TRIAL** |
| vs. | ) ) | |
| Carol Kay Moen and Orville A. Moen, | ) ) | |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No. 4:13-cv-122 |
| Limsco Limited Partnership, | ) ) | |
| Third-Party Defendant. | ) | |

A bench trial in the above-captioned case is set to commence on November 24, 2014. On October 31, 2014, the parties filed a "Joint Request for Rule 16 Pretrial Conference" (Docket No. 38) requesting the court to set a pretrial conference to discuss disposition of the case. Later that day, Magistrate Judge Klein issued a Report and Recommendation regarding the pending summary judgment motions. If the Report and Recommendation is adopted, the case will be resolved without the need for a trial.

Under the circumstances, the court **ORDERS** the bench trial **CANCELLED** pending resolution of the summary judgment motions. A final pretrial conference will be set and the bench trial will be rescheduled if necessary.

Dated this 3rd day of November, 2014.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court